[No. 21200-5-II.    Division Two.    September 19, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
LEE FANNON, *Appellant*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 96-1-00432-1, Don L. McCulloch, J.,
entered September 12, 1996. *Affirmed* by unpublished
opinion per Houghton, C.J., concurred in by Seinfeld and
Armstrong, JJ.

[No. 21260-9-II.    Division Two.    September 19, 1997.]

*In the Matter of the Welfare of* N.B.T.

Appeal from a judgment of the Superior Court for Kit-
sap County, No. 95-7-00304-4, Thurman Lowans, J. Pro
Tem., entered September 30, 1996. *Affirmed* by unpub-
lished opinion per Houghton, C.J., concurred in by Morgan
and Bridgewater, JJ.

[No. 21312-5-II.    Division Two.    September 19, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
TORRANCE MASON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 96-1-02144-1, D. Gary Steiner, J., entered
November 4, 1996. *Affirmed* by unpublished opinion per
Armstrong, J., concurred in by Morgan and Seinfeld, JJ.

[No. 21354-1-II.    Division Two.    September 19, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LAVONN
WILLIAMS, II, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 96-1-01465-8, Nile E. Aubrey, J., entered
November 13, 1996. *Affirmed* by unpublished opinion per
Hunt, J., concurred in by Houghton, C.J., and Bridgewa-
ter, J.